United States District Court
Southern District of Texas
ENTERED

APR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

IN RE Grand Jury Investigation  § 
§  No. MISC-99-15
USAO NO. 1999R01255  §

## ORDER SEALING REPORT AND NOTICE OF DISCLOSURE

The motion of the United States to seal is granted. The Clerk of the Court is ORDERED to seal the Notice of Disclosure of Grand Jury Proceedings.

ORDERED this 16th day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE